FILED
Clerk of Court
United States District Court
By PaulSullivan at 12:45 pm, Jul 09, 2026

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: CR126-047 |
| | ) | |
| v. | ) | |
| | ) | |
| ALFONZO WILLIAMS | ) | |

### ORDER TO SEAL

Based upon the motion of the Government to seal pursuant to S.D. Ga. Loc. Crim. R. 49.1 and Fed. R. Crim. Pro. 6(e)(4), and for good cause shown therein, it is hereby ORDERED:

That the Indictment filed in this Court for the above-mentioned Defendant, and the Government's Motion to Seal the Indictment, and this order be sealed.

That the entire documents of the above-referenced filing, and all pleadings and process issued thereunder, be sealed in their entirety until circumstances warrant unsealing the documents, specifically (1) a party filing a motion to unseal and the Government's response, if any such motion is filed, or (2) the Court otherwise orders the documents unsealed upon consideration of the factors set forth in 18 U.S.C. § 2705(a)(2) (as referenced by 18 U.S.C. § 3103a(b)(1)) or other factors under law. LR Crim 49.1(b)(1)(D).

The access and use of the sealed materials is limited to the Court, the United States Marshal's Service, the Federal Bureau of Investigation, and the Government.

So ORDERED, this 9th day of July 2026.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA