

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
Clerk of Court
United States District Court
By PaulSullivan at 12:45 pm, Jul 09, 2026

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT NO:**   CR126-047 |
| | ) | |
| **v.** | ) | **18 U.S.C. § 1951** |
| | ) | **Hobbs Act Extortion Under Color** |
| **ALFONZO WILLIAMS** | ) | **of Official Right** |
| | ) | |
| | ) | **18 U.S.C. § 922(d)** |
| | ) | **Transfer of a Firearm to a** |
| | ) | **Prohibited Person** |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

**Counts 1-5: Hobbs Act Extortion Under Color of Official Right**
**18 U.S.C. § 1951**
- Not more than twenty (20) years of imprisonment;
- Not more than a $250,000 fine;
- Not more than three (3) years of supervised release; and
- $100 special assessment.

**Count 6:    Transfer of a Firearm to a Prohibited Person**
**18 U.S.C. § 922(d)**
- Not more than fifteen (15) years of imprisonment;
- Not more than a $250,000 fine;
- Not more than three (3) years of supervised release; and
- $100 special assessment.

Respectfully submitted,

MARGARET E. HEAP
UNITED STATES ATTORNEY

*/s/ Timothy P. Dean*

Timothy P. Dean
Assistant United States Attorney
Georgia Bar Number 506124