**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) **INDICTMENT NO: 1:26-cr-00047** |
| | ) |
| **ALFONZO WILLIAMS** | ) |
| | ) |
| | ) |

**GOVERNMENT'S MOTION TO**
**UNSEAL INDICTMENT AND RELATED PAPERS**

NOW COMES the United States of America, by and through Margaret E. Heap, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, and respectfully requests this Honorable Court to unseal the Indictment which was returned by the Grand Jury for the Southern District of Georgia on July 9, 2026, together with any and all process issued thereunder in the above-styled matter.

In support of its request, the Government represents to the Court that the investigation will no longer be compromised by the unsealing of the Indictment, and these materials will be provided to counsel for the Defendant as part of the discovery materials.

Respectfully submitted this 14th day of July, 2026.

MARGARET E. HEAP
UNITED STATES ATTORNEY

***/s/ Tara M. Lyons***
Tara M. Lyons
Assistant United States Attorney
South Carolina State Bar No. 16573
United States Attorney's Office
Southern District of Georgia
P.O. Box 2017
Augusta, Georgia 30903
T: (706) 826-4532
tara.lyons@usdoj.gov

2