**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) **INDICTMENT NO: 1:26-cr-00047** | |
| | ) | |
| **ALFONZO WILLIAMS** | ) | |
| | ) | |

## UNSEALING ORDER

Upon motion of the United States for an order unsealing the Indictment, together with any and all process issued thereunder in the above-styled matter, and good cause appearing therefore, the investigation will no longer be compromised by unsealing said documents and that such documents will be provided to counsel for the Defendant, it is, **ORDERED** that the Government's motion is GRANTED. The Indictment issued in the above-styled matter, together with any and all process issued thereunder in the above-styled matter, are hereby UNSEALED.

Order entered at Augusta, Georgia, this 14th day of July, 2026.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA