IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA,               )
               Plaintiff,               )          CASE NO. 1:26-CR-00047-JRH-BKE
v.                                      )
                                 )
ALFONZO WILLIAMS,                       )
               Defendant,               )

## **<u>NOTICE OF APPEARANCE OF COUNSEL</u>**

COMES NOW, Jacque D. Hawk, and files this, his Notice of Appearance of Counsel

hereby notifying all parties that he is serving as legal counsel for **ALFONZO WILLIAMS** in

the above-styled case.

Respectfully submitted this 3rd day of August 2026.


/s/Jacque D. Hawk
Jacque D. Hawk
Attorney for Defendant
Georgia Bar No.: 338755


The Hawk Firm
448 Telfair Street
Augusta, GA 30901
(706) 724-8537
(706) 724-5418 (facsimile)
jdhawk@thehawkfirm.com
/sef

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA,              )
                Plaintiff,              )          CASE NO. 1:26-CR-00047-JRH-BKE

v.                                                            )

                                   )

ALFONZO WILLIAMS,                          )
                Defendant,            )

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

So done this 3rd day of August 2026.

/s/Jacque D. Hawk
Jacque D. Hawk
Attorney for Defendant
Georgia Bar No.: 338755

The Hawk Firm
448 Telfair Street
Augusta, GA 30901
(706) 724-8537
(706) 724-5418 (facsimile)
jdhawk@thehawkfirm.com
/sef